IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02123-CBS

ATAG ADVANCED TECHNOLOGIES AG,

    Plaintiff,

v.

COCONA, INC.

    Defendant.

---

**[PROPOSED] ORDER GRANTING DEFENDANT COCONA, INC.'S UNOPPOSED MOTION TO REMAND ACTION TO STATE COURT**

("[PROPOSED]" is struck through)

---

THE COURT having reviewed Defendant Cocona, Inc.'s Unopposed Motion to Remand Action to State Court (the "Motion"), and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED.  This case is REMANDED to the District Court for Boulder County, State of Colorado, where it was originally filed as Case No. 2014CV30844, with each party responsible for its own attorneys' fees and costs.

Dated:  August 18, 2014

BY THE COURT:

_____
United States ~~District Court~~ Judge
                Magistrate